# EXHIBIT A

IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| STACY A. KOMOROMI,<br><br>*Plaintiff*<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Case No. 2015-MR-242<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING NOTICE OF REMOVAL

To: Jon E. Rosenstengel  
    Bonifield & Rosenstengel, P.C.  
    16 East Main Street  
    Belleville, IL 62220  

St. Clair County Circuit Clerk's Office  
10 Public Square  
Belleville, IL 62220  

PLEASE TAKE NOTICE that on the 8th day of February 2016, Unum Life Insurance Company of America ("Unum"), defendant/removing party in the above-captioned action, filed a NOTICE OF REMOVAL with the United States District Court for the Southern District of Illinois, a copy of which is attached in order to effect removal pursuant to 28 U.S.C. §1446.

Respectfully submitted,

By: _____  
Attorney for Removing Party/Defendant,  
Unum Life Insurance Company of America

Warren von Schleicher (IL-6197189)  
Jacqueline J. Herring (IL-6282246)  
SMITH | VON SCHLEICHER + ASSOCIATES  
180 N. LaSalle St. Suite 3130  
Chicago, Illinois 60601  
P 312.541.0300 | F 312.541.0933  
warren.vonschleicher@svs-law.com  
jackie.herring@svs-law.com

## CERTIFICATE OF SERVICE

I, Earl Egan, a non-attorney, under penalty of perjury, hereby certify that I served the attached Notice of Filing Notice of Removal, along with any documents listed therein, on the attorney as addressed below, by depositing same in the U.S. Mail, postage pre-paid, at 180 N. LaSalle St., Chicago, Illinois 60601 and by Federal Express, 2-Day delivery, on the 8th day of February, 2016.

Jon E. Rosenstengel
Bonifield & Rosenstengel, P.C.
16 East Main Street
Belleville, IL 62220

_____Earl A. Egan_____