# EXHIBIT B

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

STACY A. KOMOROMI )
 )
    Plaintiff, )
 )
vs. ) NO: 15 MR 042
 )
UNUM LIFE INSURANCE COMPANY )
OF AMERICA, )
 )
    Defendant. )

FILED
ST. CLAIR COUNTY
JUL 17 2015
CIRCUIT CLERK

COUNT 1
(ERISA CLAIM)

Now comes the plaintiff, Stacy A. Komoromi, by her attorneys, Bonifield & Rosenstengel, P.C., and for her cause of action against the defendant, Unum Life Insurance Company of America, respectively represents unto the Court as follows:

1. The Plaintiff is a citizen of Belleville, St. Clair County, Illinois.

2. The plaintiff was an employee at Protestant Memorial Medical Center in Belleville, St. Clair County, Illinois, and as part of her benefits package received a Disability Policy provided by the defendant, Unum, which bore policy number 568453001 with an effective date of June 1, 2002, and a policy anniversary date of July 1.

3. The plaintiff became disabled and received benefits under the above mentioned policy and received benefits from August 11, 2011 through April 16, 2014.

4. The plaintiff received disability payments as a result a two level fusion at L4,5 and L5, S1 and drop foot as a result of neurological injury at those levels.

Page 1 of 3

5. The policy issued by Unum provides benefits for the first 24 months of disability from your regular occupation.

6. The policy issued by the defendant, Unum, states that after 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury you are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education training or experience.

7. On April 16, 2014 the defendant, Unum, stopped paying benefits and claimed that the plaintiff was able to work as a triage nurse.

8. The plaintiff filed an appeal of that decision and followed procedures outlined in the policy issued by the defendant, Unum, and included medical documentation that the plaintiff was in fact unable to pursue gainful employment due to her disability and restrictions.

9. The defendant has refused to comply with the policy and make disability payments pursuant to the policy in contradiction to the express terms of the policy.

10. The Employee Retirement Income Security Act of 1974 Section 502(a)1 B allows a plaintiff to bring a civil lawsuit in either State or Federal Court to enforce the benefits provided by the policy such as the one issued by the defendant in this case.

11. The plaintiff has suffered damages as a result of defendant, Unum's, refusal to pay as follows:

    a. The plaintiff has suffered a loss of monthly benefits owed pursuant to the above referenced insurance policy;

    b. The plaintiff has incurred attorneys fees in an attempt to try to reinstate those benefits.

WHEREFORE, the plaintiff, Stacy Komoromi, respectfully request this Court enter a fair and just award in favor of the plaintiff for the amount of lost benefits from April 16 2014 through date of judgment, reinstatement of benefits plus attorneys fees and costs pursuant to the

Employment Retirement Income Security Act of 1974, plus any other relief the Court deems proper.

Stacy A. Komoromi,

*Jon E. Rosenstengel*

Jon E. Rosenstengel     06216770
Suspense Account #17

LAW OFFICES
Bonifield & Rosenstengel, P.C.
16 East Main Street
Belleville, IL 62220-1602
(618) 277-7740; 271-1414
Fax: 618-277-5155
www.brlawfirm.com
jon@brlawfirm.com

PLAINTIFF REQUESTS CLERK TO ISSUE SUMMONS

DEFENDANT MAY BE SERVED AS FOLLOWS:

Plan Administrator
Protestant Memorial Medical Center
4500 Memorial Drive
Belleville, IL 62226-5360